1  **DORSEY & WHITNEY LLP**
David J. Brezner (SBN 38420)
2  Diane J. Mason (SBN 168202)
555 California Street, Suite 1000
3  San Francisco, CA 94104-1513
Telephone: (415) 781-1989
4  Facsimile: (415) 398-3249

5  Attorneys for Plaintiff
Bishop-Wise Carver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP., | CASE NO.: C 05-01110 JCS |
| Plaintiff, | Before the Hon. J. C. SPERO |
| v. | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| YITONG INDUSTRY CO., | |
| Defendant. | |

Plaintiff Bishop-Wisecarver Corp. and Defendant Yitong Industry Co. have settled their differences with respect to the matters in dispute and are currently working on the settlement agreement. It is therefore respectfully requested that case management conference set for July 15, 2005 be rescheduled sixty days from then, so that the parties will have time to finalize the agreement.

1169334_1.DOC

| | |
|---|---|
| DATED: July 7, 2005 | DORSEY & WHITNEY LLP |
| | |
| | By: _____/s/_____ |
| | DAVID J. BREZNER<br>DIANE J. MASON |
| | Attorneys for Bishop-Wisecarver Corp. |

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management ~~statement~~ conference has been rescheduled to Friday, September 16, 2005 1:30 p.m..

IT IS SO ORDERED.

Dated: _____July 12\_\_\_, 2005    /s/ Joseph C. Spero
_____
The Honorable J.C. Spero
United States ~~District~~ Judge
              Magistrate

1169334_1.DOC

- 2 -
REQUEST FOR RESCHEDULING OF CMC