**DORSEY & WHITNEY LLP**
David J. Brezner (SBN 38420)
Diane J. Mason (SBN 168202)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Plaintiff
Bishop-Wise Carver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>YITONG INDUSTRY CO.,<br><br>        Defendant. | CASE NO.: C 05-01110 JCS<br><br>Before the Hon. J. C. SPERO<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Plaintiff Bishop-Wisecarver Corp. and Defendant Yitong Industry Co. have settled their differences with respect to the matters in dispute and are currently working on the settlement agreement. Due to the nature that Defendant Yitong Industry Co. is located in China, there are some inevitable delays in correspondence. Therefore it is respectfully requested that the case management conference set for September 16, 2005 be rescheduled forty-nine days from then, so that the parties will have time to finalize the agreement.

Request to continue CMC.doc

DATED: September 13, 2005   DORSEY & WHITNEY LLP

By: _____/s/_____

    DAVID J. BREZNER
    DIANE J. MASON

Attorneys for Bishop-Wisecarver Corp.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management statement has been rescheduled to Friday, November 4, 2005 1:30 p.m.. IT IS SO ORDERED.

Dated: ____September 14____, 2005  _____
    The Honorable J.C. Spero
    United States District Judge