**DORSEY & WHITNEY LLP**
David J. Brezner (SBN 38420)
Diane J. Mason (SBN 168202)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Plaintiff
Bishop-Wise Carver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP., <br><br> Plaintiff, <br><br> v. <br><br> YITONG INDUSTRY CO., <br><br> Defendant. | CASE NO.: C 05-01110 JCS <br><br> Before the Hon. J. C. SPERO <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** AND ORDER |

    Plaintiff Bishop-Wisecarver Corp. and Defendant Yitong Industry Co. have settled their differences with respect to the matters in dispute. The parties have exchanged drafts of a settlement agreement. Since Defendant Yitong Industry Co. is located in China, there are some inevitable delays in correspondence; counsel expects to finalize the agreement within thirty days. Therefore it is respectfully requested that the case management conference set for November 4, 2005 be rescheduled sixty-days from then, so that the parties will have time to finalize the agreement.

---

REQUEST FOR RESCHEDULING OF CMC

4829-3824-0256\1

DATED: October 25, 2005                    DORSEY & WHITNEY LLP


By: _____/s/_____

DAVID J. BREZNER
DIANE J. MASON

Attorneys for Bishop-Wisecarver Corp.


IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management statement has been rescheduled to Friday, January 6, 2006 at 1:30 p.m.. IT IS SO ORDERED.

Dated: _____October 26_____, 2005  _____
The Honorable J.C. Spero
United States District Judge