**DORSEY & WHITNEY LLP**
David J. Brezner (SBN 38420)
Diane J. Mason (SBN 168202)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Plaintiff
Bishop-Wise Carver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP.,<br><br>              Plaintiff,<br><br>    v.<br><br>YITONG INDUSTRY CO.,<br><br>              Defendant. | CASE NO.: C 05-01110 JCS<br><br>Before the Hon. J. C. SPERO<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>  and ORDER |

      Plaintiff Bishop-Wisecarver Corp. and Defendant Yitong Industry Co. have settled their differences with respect to the matters in dispute. The parties have exchanged drafts of a settlement agreement. Plaintiff has just received Defendant's latest comments regarding the settlement agreement, and plans on forwarding a final draft of the settlement agreement to Defendant within the next two weeks. Since Defendant Yitong Industry Co. is located in China, there are some inevitable delays in correspondence; counsel expects to finalize the agreement within forty-five days. Therefore it is respectfully requested that the case management conference set for January 6, 2006 be rescheduled sixty-days from then, so that the parties will have time to finalize the agreement.

| | |
|---|---|
| DATED:  December 21, 2005 | DORSEY & WHITNEY LLP |
| | |
| | By: _____/s/_____ |
| | DAVID J. BREZNER<br>DIANE J. MASON |
| | Attorneys for Bishop-Wisecarver Corp. |

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management statement has been rescheduled to Friday, March ~~9~~ 10, 2006 at 1:30 p.m.. IT IS SO ORDERED.

Dated:  _____January 3_____, 2006  _____

The Honorable J.C. Spero
United States ~~District~~ Judge
                          Magistrate