**DORSEY & WHITNEY LLP**
David J. Brezner (SBN 38420)
Diane J. Mason (SBN 168202)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Plaintiff
Bishop-Wise Carver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>YITONG INDUSTRY CO.,<br><br>                Defendant. | CASE NO.: C 05-01110 JCS<br><br>Before the Hon. J. C. SPERO<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

      Plaintiff Bishop-Wisecarver Corp. and Defendant Yitong Industry Co. have settled their differences with respect to the matters in dispute and are currently working on the settlement agreement. The parties have exchanged drafts of the settlement agreement, and are working out the language of one last point. Because defendants are located in China, the exchange of communication has been slow. It is expected, however, that this matter will settle and that a final settlement agreement will be executed by both sides. It is therefore respectfully requested that case management conference set for March 10, 2006 be rescheduled sixty days from then, so that the parties will have time to finalize the agreement.

Yitong request for continuance.doc

DATED: March 3, 2006 DORSEY & WHITNEY LLP

By: _____/s/_____

    DAVID J. BREZNER
    DIANE J. MASON

Attorneys for Bishop-Wisecarver Corp.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management statement has been rescheduled to Friday, May 12, 2006 1:30 p.m..

IT IS SO ORDERED.

Dated: __March 6_____, 2006 _____
    The Honorable J.C. Spero
    United States District Judge

4834-7197-2608\1

REQUEST FOR RESCHEDULING OF CMC