1  **DORSEY & WHITNEY LLP**
   David J. Brezner (SBN 38420)
2  Diane J. Mason (SBN 168202)
   555 California Street, Suite 1000
3  San Francisco, CA 94104-1513
   Telephone: (415) 781-1989
4  Facsimile: (415) 398-3249

5  Attorneys for Plaintiff
   Bishop-Wisecarver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP., <br>               Plaintiff, <br>     v. <br> YITONG INDUSTRY CO., <br>               Defendant. | CASE NO.: C 05-01110 JCS <br><br> Before the Hon. J. C. SPERO <br><br> **NOTICE OF SETTLEMENT** |

      The parties have reached a settlement in the above entitled matter. The terms and conditions of the settlement are executory. Once the terms of the settlement have been completed, the parties will file a Stipulation and Order for Dismissal pursuant to Federal Rule of Civil Procedure 41.

      Defendant Yitong Industry Co. has not filed an Answer in this matter, pursuant to a stipulation between the parties. Plaintiff Bishop-Wisecarver Corporation respectfully requests the Court to stay all proceedings pending the filing of all necessary dismissal documents. Plaintiff further requests that all dates currently set with the Court be vacated. In the event that the terms and conditions of the settlement are not fulfilled, Plaintiff shall notify the Court and request that the scheduled deadlines and dates be reset.

1  //

2  //

Dated:     May 5, 2006

3                                             DORSEY & WHITNEY LLP

6                                             By:      /s/
                                                  Diane J. Mason
7                                                 Attorneys for Plaintiff
                                                  Bishop-Wisecarver

9   ~~IT IS SO ORDERED~~.

11  ~~Dated:                    , 2006~~

12                                             ~~The Honorable Joseph C. Spero~~
                                               ~~United States District Judge~~

15  IT IS HEREBY ORDERED that the initial case management conference, currently set for May 12, 2006,

16  at 1:30 p.m., has been continued to June 16, 2006, at 1:30 p.m.  The case management conference

17  statement shall be due by June 9, 2006.

19  IT IS SO ORDERED.

21  Dated:  May 10, 2006

   *(Signed: Judge Joseph C. Spero, United States District Court, Northern District of California)*

2

Notice of Settlement Case No.: c 05-01110 JCS