**DORSEY & WHITNEY LLP**
Sri K. Sankaran (SBN 236584)
Diane J. Mason (SBN 168202)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Plaintiff
Bishop-Wise Carver Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP-WISECARVER CORP., | CASE NO.: C 05-01110 JCS |
| Plaintiff, | Before the Honorable J. C. SPERO |
| v. | [PROPOSED] ORDER |
| YITONG INDUSTRY CO., | |
| Defendant. | |

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED: That the case management statement has been rescheduled to Friday, September 8, 2006 at 1:30 p.m..

IT IS SO ORDERED.

Dated: __August 3_____, 2006 _____

The Honorable
United States District Judge

Judge Joseph C. Spero

4844-1583-8465\1